IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT BOZSAN | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:03-cv-00482 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| TRADEWINDS BEVERAGE COMPANY | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Having reviewed this matter, the Court finds Defendant's motion for summary judgment well-taken. Plaintiff has failed to rebut Defendant's legitimate nondiscriminatory justification for his termination, his alleged poor performance, as pretext. Plaintiff further fails to assert a prima facie case for disability discrimination, and the Court finds no merit in Plaintiff's claim for breach of fiduciary duty. Accordingly, the Court hereby GRANTS the Motion for Summary Judgment of Defendant Tradewinds Beverage Company (doc. 11) in all respects, and DISMISSES this case from the Court's docket.

9/22/05                                                                                James Bonini, Clerk


                                                                                       s/Kevin Moser
                                                                                       Kevin Moser
                                                                                       Deputy Clerk